IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT CUMMINGS,<br>*Individually and as Special Administrator of the Estate of Erma Cummings, deceased,*<br><br>Plaintiff,<br><br>v.<br><br>TVI, INC., *d/b/a/* Savers Thrift Store<br>and<br>UNIFIRST CORPORATION,<br><br>Defendants. | Case No. 19-cv-1082 JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 11, 2021**          **MARGARET M. ROBERTIE, Clerk of Court**

                                                     **s/Tina Gray, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                           **J. PHIL GILBERT**
                           **DISTRICT JUDGE**